```
JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
    38 CORPORATE PARK, SUITE D
    IRVINE, CA  92714
    714-474-2055
Attorneys for the Plaintiff
```



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>     v.<br>ROBERT A. COOPER<br>A/K/A ROBERT A. COOPER,JR.<br>          Defendant(s). | COURT NO: 92 A 21235<br><br>DEFAULT JUDGMENT |

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from ROBERT A. COOPER the sum of $5,163.43 as principal, $3,636.00 as accrued prejudgment interest, $227.00 administrative charges, and $72.50 costs, plus $0 attorney fees for a total amount of $9,098.93, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED:   NOV - 5 1992

                              LEONARD A. BROSNAN, CLERK
                              U.S. District Court
                              Central District of California

                              By: _____
                                   Deputy Clerk